Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ANTHONY JULIAN DEMELLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANTHONY JULIAN DEMELLO | Case No.: 2:16-cv-01275-EFB |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include December 9, 2016, in which to file Plaintiff's motion for summary judgment; and that all other deadlines set forth in the June 14, 2016, Order shall be extended accordingly. IT IS SO ORDERED.

DATED: November 30, 2016.

*/s/ Edmund F. Brennan*

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE